UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN O'NEIL, | CV: 3:17-cv-640 (TJM/DEP) |
| *Plaintiff,* | |
| -against- | NOTICE OF REMOVAL |
| ARGON MEDICAL DEVICES, INC. and REX MEDICAL, L.P., | |
| *Defendants.* | |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK:**

Defendants, Argon Medical Devices, Inc. ("Argon") and Rex Medical, L.P., ("Rex"), through their counsel Segal McCambridge Singer & Mahoney, Ltd., hereby remove this action from the State of New York Supreme Court, County of Broome, to the United States District Court for the Northern District of New York, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, *et seq*.

Dated: New York, New York
       June 15, 2017

                                        Respectfully submitted,

                                        *Howard A. Fried*

                                        _____
                                        Howard A. Fried, Esq. (NDNY Bar # 507243)
                                        Walter H. Swayze, III, Esq. (*Admission Pro Hac Vice to be sought)*)
                                        Megan E. Grossman, Esq. (*Admission Pro Hac Vice to be sought*)
                                        **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
                                        *Attorneys for Defendants,*
                                        **Argon Medical Devices, Inc.** and **Rex Medical, L.P.**
                                        850 Third Avenue, Suite 1100
                                        New York, NY 10022
                                        212-651-7500
                                        *hfried@smsm.com*
                                        *pswayze@smsm.com*
                                        *mgrossman@smsm.com*

TO:

Debra Humphrey, Esq.
**Marc J. Bern, & Partners, LLC**
*Attorneys for Plaintiff*
**KEVIN O'NEIL**
60 E42nd Street
New, York, New York 10165
(212) 702-5000
*dhumphrey@bernllp.com*

757497